CITY OF SEDALIA ex rel. GILSONITE CONSTRUCTION COMPANY, Plaintiff in Error, v. SAMUEL WRIGHT et al.

In Banc, March 30, 1910.

For the reasons stated in Sedalia ex rel. v. Montgomery, *ante,* p. 1, the judgment in this case is reversed.

Error to Pettis Circuit Court.—*Hon. Geo. F. Longan,* Judge.

REVERSED AND REMANDED (*with directions*).

*Montgomery & Montgomery* and *Geo. P. B. Jackson* for plaintiff in error.

*Barnett & Barnett* for defendants in error.

FOX, J.—This may be treated as a companion case to the case of City of Sedalia ex rel. Gilsonite Construction Co. v. John Montgomery, Jr., et al., reported

at page 1 of this Report. It is conceded by counsel for appellant as well as counsel for respondents that these two cases are identical, involving the same legal propositions.

Following the conclusions reached in City of Sedalia ex rel. Gilsonite Construction Company v. John Montgomery, Jr., et al., as announced in the opinion at the present sitting of this court, the judgment of the circuit court should be reversed and the cause remanded with directions that said court enter judgment in favor of the plaintiff and against the defendants upon the taxbills involved in this proceeding, and it so ordered.

*Valliant, C. J., Burgess, Gantt, Woodson* and *Graves, JJ.,* concur; *Lamm, J.,* not sitting.